# DRUM *v.* WHITING.

In all cases not within the exception of the statute, an answer without a verification to a complaint duly verified, may be stricken out on motion; and application for judgment, as upon a default, may be made at the same time.

Inability of counsel to obtain defendant's verification in time, may be good ground for an extension of time to answer, but cannot avail in resisting a motion to strike out and for judgment after the answer is filed.

APPEAL from the District Court of the Tenth Judicial District, County of Yuba.

The facts appear in the opinion of the Court.

*Bryan & Filkins* for Appellant.

*I. S. & W. C. Belcher* for Respondent.

FIELD, J., delivered the opinion of the Court—TERRY, C. J., and BURNETT, J., concurring.

The original and amended complaints filed in this action were both duly verified under section fifty-one of the Practice Act. The answer of the defendant was unaccompanied with any verification, and on motion, was for this reason stricken out, and judgment ordered for the plaintiff as upon a default. From the judgment, the defendant appealed, and now assigns the ruling on this motion as error.

The only reason offered for want of a verification, was the residence of the defendant in another county, at a great distance from the place of trial, and consequent inability of counsel to obtain his affidavit at the time it became necessary to file the answer. This reason might have been sufficient ground for an extension, by the Court, of the time to answer, but could be of no avail in resisting the motion after the answer was filed. The language of the statute is imperative, and makes only one exception in which the verification of an answer may be omitted when the complaint has been duly verified, and that is, when the admission of the truth of the complaint might subject the party to a prosecution for a felony. (Practice Act, §§ 51, 52.) In all other cases, an answer, without a verification to a complaint duly verified, may be stricken out, on motion; and application for judgment, as upon a default, may be made at the same time. (Strout et al. v. Curran, 7 Howard's Practice Reports, 36.)

Judgment affirmed, with five per cent. damages.